UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADARIUS EASON**  **PLAINTIFF**
**ADC #165382**

v.  Case No. 2:21-cv-00050-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections,** *et al*.  **DEFENDANTS**

## ORDER

When plaintiff Adarius Eason filed this lawsuit, he was in custody in the Delta Regional Unit of the Arkansas Division of Corrections (Dkt. No. 1). On November 23, 2021, mail to Mr. Eason was returned undeliverable (Dkt. No. 6). As a result, on February 3, 2023, the Court entered a show cause Order to require Mr. Eason to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 7). The Court notified Mr. Eason that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of this case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

As of the date of this Order, Mr. Eason has not complied with or otherwise responded to the Court's February 3, 2023, Order, and the time for doing so has passed. Accordingly, Mr. Eason's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court declines to adopt the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 23rd day of July, 2024.

                                            Kristine G. Baker
                                            Chief United States District Judge