UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADARIUS EASON**                                                                                    **PLAINTIFF**
**ADC #165382**

v.                                    Case No. 2:21-cv-00050-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections,** *et al*.                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Adarius Eason's complaint is dismissed. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an i*n forma pauperis* appeal would not be taken in good faith.

So adjudged this 23rd day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge